**Anthony FINERSON, Appellant,**

v.

**Jill LANG, et al., Respondents.**

**ED 104420**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: November 22, 2016

Anthony Finerson, Cameron, MO, pro se.

Melissa A. Featherstone, Featherstone Law Firm, St. Louis, MO, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM.

Anthony Finerson ("Plaintiff") appeals the trial court's judgment dismissing his one count petition against Melissa Featherston and Featherston Law Firm (collectively, "Defendants"), alleging violations of the Missouri Merchandising Practices Act ("MMPA"), Section 407.010, *et seq.* The judgment of the trial court is affirmed.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

Mark C. Goldenberg, Kevin P. Green, Edwardsville, IL, Robert Hellwig, Clayton, MO, for Appellant.

Bhavik Ramesh Patel, St. Louis, MO, for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.